UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAFAT DAWOD, Individually and On Behalf of )
All Others Similarly Situated, )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　　)   CIVIL ACTION
v. )   NO. 04-30029-KPN
　　　　　　　　　　　　　　　　　　　　　　　)
WAVE SYSTEMS CORP., STEVEN SPRAGUE )
and GERARD T. FEENEY, )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　Defendants. )

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Robert A. Buhlman and Eunice E. Lee of the law firm of Bingham McCutchen, LLP, 150 Federal Street, Boston, Massachusetts 02110, (617) 951-8000, as counsel for Defendants Wave Systems Corporation, Steven Sprague and Gerard T. Feeney.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert A. Buhlman, BBO #554393
　　　　　　　　　　　　　　　　　　　Eunice E. Lee, BBO #639856
　　　　　　　　　　　　　　　　　　　**BINGHAM McCUTCHEN LLP**
　　　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110-1726
　　　　　　　　　　　　　　　　　　　(617) 951-8000
Dated: March 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail on March 12, 2004.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Eunice E. Lee

LITDOCS/541552.1