UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendants. | CIVIL ACTION NO.: 04-30029-MAP<br><br>FILING FEE PAID:<br>RECEIPT # 305704<br>AMOUNT $ 50.00<br>BY DPTY CLK _____<br>DATE 8/24/04 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Stuart L. Berman of the law firm of Schiffrin & Barroway, LLP to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Berman has been a member in good standing of the bar of Pennsylvania since 1991 and the bar of New Jersey since 1991.

2. There are no disciplinary proceedings against Mr. Berman as a member of the bar in any jurisdiction.

3. Mr. Berman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.      In further support of this motion, Mr. Berman has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this Motion.

Dated: August 23, 2004                     Respectfully submitted,

_____
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of
The Above Document Was Served Upon
The Attorney Of Record For Each Other
Party By Mail (By Hand) On ___8/23/04___
_____

## WAVE SYSTEMS CORPORATION
## SERVICE LIST

Plaintiff Attorneys

Jean-Marc Zimmerman
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Ph:     908-654-8000
Fax:    908-654-7207

Nancy Freeman Gans
Moulton & Gans, PC
33 Broad Street
Suite 1100
Boston, MA 02109
Ph:     617-369-7979
Fax:    617-369-7980

Eduard Korsinsky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006
Ph:     212-363-7500
Fax:    212-363-7171

Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Ph:     617-439-3939
Fax:    617-439-0134

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Ph:     617-542-8300
Fax:    617-542-1194

Susan E. Stenger
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
Ph:     617-854-4000
Fax:    617-854-4040

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101
Ph:     619-231-1058
Fax:    619-231-7423

Charles J. Piven
Law Offices of Charles J. Piven
401 East Pratt Street Suite 2525
Baltimore, MD 21202
Ph:     410-332-0030
Fax:    410-685-1300

00002109.WPD ; 1

Stuart L. Berman
Darren J. Check
Schiffrin & Barroway LLP
Three Bala Plaza East Suite 400
Bala Cynwyd, PA 19004
Ph:     610-667-7706
Fax:    610-667-7056

William B. Federman
Federman & Sherwood
120 N Robinson, Suite 2720
Oklahoma City, OK 73102
Ph:     405-235-1560
Fax:    405-239-2112

Jeffrey W. Lawrence
Stanley S. Mallison
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Ph:     415-288-4545
Fax:    415-288-4534

Joseph J. De Palma
Lite De Palma Greenberg & Rivas LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Ph:     973-623-3000
Fax:    973-623-0858

Stuart Wechsler
Samuel Rosen
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Ph:     212-935-7400
Fax:    212-753-3630

Samuel H. Rudman
David A. Rosenfeld
Geller Rudman PLLC
200 Broadhollow Road, Suite 406
Melville, NY 11747
Ph:     631-367-7100
Fax:    631-367-1173

Leigh R. Lasky
Lasky & Rifkind, Ltd.
100 Park Avenue, 12th Floor
New York, NY 10017
Ph:     212-907-0800
Fax:    212-684-6083

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
260 Madison Avenue, 19th Floor
New York, New York 10016
Ph:     212-696-1212
Fax:    212-679-8998

Joseph R. Seidman, Jr.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
Ph:     212-779-1414
Fax:    212-779-3218

Jonathan M. Plasse
Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY 10017
Ph:     212-907-0700
Fax:    212-818-0477

00002109.WPD ; 1

Deborah R. Gross
Law Offices of Bernard M. Gross, PC
1515 Locust Street Suite 200
Philadelphia, PA 19102
Ph:   215-561-3600
Fax:  215-561-3000

Aaron Brody
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
Ph:   212-687-7230
Fax:  212-490-2022

Marjorie A. McKeithen
McKeithen, McKeithen & Bohman
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810
Ph:   225-766-6500
Fax:  225-769-7090

Defendants Attorneys

Robert A. Buhlman
Eunice E. Lee
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
Ph:   617-951-8000
Fax:  617-951-8736

00002109.WPD ; 1