UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY, <br><br> Defendants. | CIVIL ACTION NO.: 04-30029-MAP |

**CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Stuart L. Berman, hereby certify that:

1.   I am a partner in the law firm of Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, Pennsylvania 19004. I was admitted to the bars of Pennsylvania in 1991 and New Jersey in 1991. I am also admitted to practice in the following jurisdictions:

| | |
|---|---|
| U.S. District Court, Eastern District of Pennsylvania | 1993 |
| U.S. District Court, Eastern and Western District of Arkansas | 2000 |
| U.S. District Court, District of Colorado | 2003 |

2.   I am in good standing in every jurisdiction where I have been admitted to practice.

00003154.WPD ; 1

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4.  I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: August 17, 2004

Respectfully submitted,

*[signature]*

Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Tel.: (610) 667-7706
Fax: (610) 667-7056