UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendants. | CIVIL ACTION NO.: 04-30029-MAP<br><br>FILING FEE PAID:<br>RECEIPT # 305710<br>AMOUNT $ 50.00<br>BY DPTY CLK ___<br>DATE 8/30/04 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Darren J. Check of the law firm of Schiffrin & Barroway, LLP to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Check has been a member in good standing of the bar of Pennsylvania since 2000 and the bar of New Jersey since 2000.

2. There are no disciplinary proceedings against Mr. Check as a member of the bar in any jurisdiction.

3. Mr. Check has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.     In further support of this motion, Mr. Check has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this Motion.

Dated: August 27, 2004                    Respectfully submitted,

*(signature)*

David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 8/27/04

## WAVE SYSTEMS CORPORATION
## SERVICE LIST

Plaintiff Attorneys

Jean-Marc Zimmerman
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Ph:   908-654-8000
Fax:  908-654-7207

Nancy Freeman Gans
Moulton & Gans, PC
33 Broad Street
Suite 1100
Boston, MA 02109
Ph:   617-369-7979
Fax:  617-369-7980

Eduard Korsinsky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006
Ph:   212-363-7500
Fax:  212-363-7171

Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Ph:   617-439-3939
Fax:  617-439-0134

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Ph:   617-542-8300
Fax:  617-542-1194

Susan E. Stenger
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
Ph:   617-854-4000
Fax:  617-854-4040

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101
Ph:   619-231-1058
Fax:  619-231-7423

Charles J. Piven
Law Offices of Charles J. Piven
401 East Pratt Street Suite 2525
Baltimore, MD 21202
Ph:   410-332-0030
Fax:  410-685-1300

00002109.WPD ; 1

| | |
|---|---|
| Stuart L. Berman<br>Darren J. Check<br>Schiffrin & Barroway LLP<br>Three Bala Plaza East Suite 400<br>Bala Cynwyd, PA 19004<br>Ph:   610-667-7706<br>Fax:  610-667-7056 | Samuel H. Rudman<br>David A. Rosenfeld<br>Geller Rudman PLLC<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>Ph:   631-367-7100<br>Fax:  631-367-1173 |
| William B. Federman<br>Federman & Sherwood<br>120 N Robinson, Suite 2720<br>Oklahoma City, OK 73102<br>Ph:   405-235-1560<br>Fax:  405-239-2112 | Leigh R. Lasky<br>Lasky & Rifkind, Ltd.<br>100 Park Avenue, 12th Floor<br>New York, NY 10017<br>Ph:   212-907-0800<br>Fax:  212-684-6083 |
| Jeffrey W. Lawrence<br>Stanley S. Mallison<br>Lerach Coughlin Stoia & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Ph:   415-288-4545<br>Fax:  415-288-4534 | Harold B. Obstfeld<br>Harold B. Obstfeld, P.C.<br>260 Madison Avenue, 19th Floor<br>New York, New York 10016<br>Ph:   212-696-1212<br>Fax:  212-679-8998 |
| Joseph J. De Palma<br>Lite De Palma Greenberg & Rivas LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Ph:   973-623-3000<br>Fax:  973-623-0858 | Joseph R. Seidman, Jr.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, NY 10016<br>Ph:   212-779-1414<br>Fax:  212-779-3218 |
| Stuart Wechsler<br>Samuel Rosen<br>Wechsler Harwood LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>Ph:   212-935-7400<br>Fax:  212-753-3630 | Jonathan M. Plasse<br>Christopher J. Keller<br>Goodkind Labaton Rudoff & Sucharow<br>100 Park Avenue, 12th Floor<br>New York, NY 10017<br>Ph:   212-907-0700<br>Fax:  212-818-0477 |

Deborah R. Gross
Law Offices of Bernard M. Gross, PC
1515 Locust Street Suite 200
Philadelphia, PA 19102
Ph:   215-561-3600
Fax:  215-561-3000

Aaron Brody
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
Ph:   212-687-7230
Fax:  212-490-2022

Marjorie A. McKeithen
McKeithen, McKeithen & Bohman
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810
Ph:   225-766-6500
Fax:  225-769-7090

Defendants Attorneys

Robert A. Buhlman
Eunice E. Lee
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
Ph:   617-951-8000
Fax:  617-951-8736

00002109.WPD ; 1