**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | FILED |
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated, | ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO.: 04-30029-MAP |
| vs. | ) ) | |
| WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY, | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE**
**PURSUANT TO LOCAL RULE 83.5.3 OF THE**
**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of

Massachusetts, I, Darren J. Check, hereby certify that:

1.      I am an associate in the law firm of Schiffrin & Barroway, LLP, Three Bala Plaza

East, Suite 400, Bala Cynwyd, Pennsylvania 19004.  I was admitted to the bars of Pennsylvania

in 2000 and New Jersey in 2000.  I am also admitted to practice in the following jurisdictions:

| | |
|---|---|
| U.S. District Court, District of New Jersey | 2000 |
| U.S. District Court, Eastern District of Pennsylvania | 2003 |
| U.S. District Court, District of Colorado | 2003 |

2.      I am in good standing in every jurisdiction where I have been admitted to practice.

00003154.WPD ; 1

3.      There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction where I am admitted to practice.

4.      I am familiar with the local Rules of the United States District Court for the

District of Massachusetts.

Dated: August 25, 2004                        Respectfully submitted,

                                              Darren J. Check
                                              SCHIFFRIN & BARROWAY, LLP
                                              Three Bala Plaza East, Suite 400
                                              Bala Cynwyd, PA 19004
                                              Tel.: (610) 667-7706
                                              Fax: (610) 667-7056