UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>WAVE SYSTEMS CORPORATION., JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>                    Defendants. | **CIVIL ACTION<br>NO.  04-30022-MAP** |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>WAVE SYSTEMS CORPORATION., JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>                    Defendants. | **CIVIL ACTION<br>NO.  04-30026-KPN** |

[additional captions continued on next page]

**NOTICE OF APPEARANCE**

| | |
|---|---|
| **RAFAT DAWOD, Individually and On Behalf of Himself and All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>             v.<br><br>**WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY,**<br><br>                              **Defendants.** | **CIVIL ACTION<br>NO.  04-30029-KPN** |
| **ALVIN CHESS, Individually and On Behalf of All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>             v.<br><br>**WAVE SYSTEMS CORP., STEVEN K. SPRAGUE and GERARD T. FEENEY,**<br><br>                              **Defendants.** | **CIVIL ACTION<br>NO.  04-30037-MAP** |
| **MICHAEL D. VICKER, On Behalf of Himself and All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>             v.<br><br>**WAVE SYSTEMS CORP., JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,**<br><br>                              **Defendants.** | **CIVIL ACTION<br>NO.  04-30040-MAP** |

[additional captions continued on next page]

- 3 -

| | |
|---|---|
| **H. MARTIN BOHMAN, On Behalf of All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>     v.<br><br>**WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY,**<br><br>                              **Defendants.** | **CIVIL ACTION<br>NO.  04-30041-MAP** |
| **Jimmy Suo, On Behalf of Himself and All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>     v.<br><br>**WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY,**<br><br>                              **Defendants.** | **CIVIL ACTION<br>NO.  04-30042-MAP** |
| **JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>                              **Plaintiff,**<br><br>     v.<br><br>**WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY,**<br><br>                              **Defendants.** | **CIVIL ACTION<br>NO.  04-30043-MAP** |

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael D. Blanchard of the law firm of Bingham McCutchen, LLP, One State Street, Hartford, CT, 06103 (860) 240-2700, as counsel for Defendants Wave Systems Corporation, Steven Sprague, John E. Bagalay, Jr and Gerard T. Feeney.

- 4 -

                                       Respectfully Submitted,

                                       /s/ Michael D. Blanchard
                                       Michael D. Blanchard, BBO #636860
                                       **BINGHAM McCUTCHEN LLP**
                                       One State Street
                                       Hartford, CT 06103-3178
Dated: August 31, 2004                 (860) 240-2700

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on August 31, 2004.

                                       /s/ Michael D. Blanchard
                                       Michael D. Blanchard